**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PAUL F. BENSON,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-1911-R |
| | ) | |
| **MARY KAY INCORPORATED,** | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.

Particularly, Plaintiff contends that he did, in fact, receive a right to sue letter from the EEOC – a prerequisite of suit and of subject-matter jurisdiction. However, Plaintiff has presented no evidence of such a letter. In fact, when answering the Magistrate Judge's Questionnaire (Question No. 9), Plaintiff stated that he did not receive a right to sue letter.

Because the Court finds this objection unfounded, the objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 19th day of April, 2007.

*Jerry Buchmeyer*

_____
UNITED STATES DISTRICT JUDGE