IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL F. BENSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-1911-R |
| | ) | |
| MARY KAY INCORPORATED, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, and DENIES Plaintiff's motion for the appointment of counsel (Docket # 18).

SO ORDERED this 11th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE